**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  June 4, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   Gary Burney | |

**CASE NO.   14-cr-00440-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
|      Plaintiff, | |
| v. | |
| 1.   JOHN ROBERT BROWNING, | Joshua Tolini |
|      Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:        10:01 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on February 19, 2015, to Counts 1 and 2 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections to the Presentence Investigation Report.

Court's findings.

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [Doc. 30, filed 5/14/15] is DENIED as moot as stated on the record.

**ORDERED:** Amended Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [Doc. 31, filed 5/14/15] is GRANTED as stated on the record.

**ORDERED:** United States' Motion for Downward Departure (Doc. 35, filed 5/18/15) is GRANTED as stated on the record.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence and/or Downward Variance Pursuant to 18 U.S.C. §3553 (Doc. 37, filed 5/21/15) is DENIED as stated on the record.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's father, Bob Browning, addresses the Court.

Defendant's counsel makes a statement on behalf of Defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Defendant, John Robert Browning, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **38 months** as to Count 1 and **38 months** as to Count 2, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place Defendant at an appropriate level facility within the District of Colorado.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3)** years as to each count, to run concurrently.

**ORDERED:** **Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from

        Defendant as directed by the probation officer.

**ORDERED:** **Standard and Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as Defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his/her prescribed medications is maintained.
- (**X**) Defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$200** ($100 for each count) to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    **10:56 a.m.**
Hearing concluded.
Total time:          00:55